LAW OFFICE OF
# HARRIS & ZIDE

1445 HUNTINGTON DRIVE, SUITE 300
SOUTH PASADENA, CALIFORNIA 91030
(626) 799-8444

*ROBERT T. HARRIS
*(1929 - 2003)
FLINT C. ZIDE
SUSAN STULLER FRANK
ROBERT LEE

SEPTEMBER 27, 2006

EVELINE H ROSENBERRY,

CONSUMER LAW CENTER
12 S 1ST ST STE 416
SAN JOSE CA 95113-2404

Re: Care Credit Account # 601918031722615
    Total Balance Due:   $1012.28

We represent the owner of the above account. Your account has been referred to us for action to collect the above balance due on your account. We hope that we can get the balance paid without legal action, However, California Code of Civil Procedures section 1033(b)(2) requires us to advise you that in the event of legal action, such legal action could result in a judgment against you that would include the costs and necessary disbursements allowed by law.

Unless you notify us within 30 days after receipt of this letter that the validity of this debt, or any portion of it, is disputed, we will assume that the debt is valid. If you do notify us in writing within the 30 day period that this debt, or any portion of it, is disputed, we will obtain verification of the debt and mail it to you. Upon your written request within the 30 day period, we will provide the name and address of the original creditor if it is different from the current creditor. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. We are debt collectors.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusal circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Please call Ms ALICE GARCIA at (626)799-8444 to discuss this matter.

Sincerely,

FLINT C. ZIDE / ROBERT LEE
Attorney at Law
422310 620

EXHIBIT 1

LAW OFFICES OF

# Harris & Zide

1445 HUNTINGTON DRIVE
SUITE 300
SOUTH PASADENA, CALIFORNIA 91030

CITY OF INDUSTRY
CA 917

28 SEP 2006

02 1A
000 4624004 · SEP 28 2006
MAILED FROM ZIP CODE 91030
$ 00.39⁰

ADDRESS CORRECTION REQUESTED

EVELINE H ROSENBERRY,
CONSUMER LAW CENTER
12 S 1ST ST STE 416
SAN JOSE CA 95113-2404

Re: Care Credit Account # 601918031722615

95113+2404