**Consumer Law Center, Inc.**
12 South First Street, Suite 416
San Jose, CA 95113-2404
(408) 294-6100
Fax: (408) 294-6190

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 626-799-8419

To:             Flint C. Zide
of:             Law Office of Harris & Zide
From:           Beth Ann Allen
Client/Matter:  Eveline Henriette Rosenberry
                750 Fairmont Avenue, #3
                Mountain View CA 94041-2049
Date:           October 2, 2006

DOCUMENTS                          NUMBER OF PAGES*
Letter with attachment             3

COMMENTS:
Original will NOT follow.



*The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

\* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (408) 294-6100.

# CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, CA 95113-2404

Fred W. Schwinn
fred.schwinn@sjconsumerlaw.com

(408) 294-6100
Fax (408) 294-6190

Via Fax to: 626-799-8419

October 2, 2006

Flint C. Zide
Law Office of Harris & Zide
1445 Huntington Drive, Suite 300
South Pasadena, CA 91030

| | |
|---|---|
| In the matter of: | Eveline Henriette Rosenberry<br>750 Fairmont Avenue, #3<br>Mountain View CA 94041-2049 |
| Account No.: | 6019-1803-1722-615 |

Dear Sir or Madam:

I have attached a copy of your most recent correspondence for your reference. Please be advised that the consumer debtor in the matter referenced above has retained the services of the Consumer Law Center, Inc., to assist in the matter of debt relief. The purpose of this letter is two-fold. First, I wish to provide you with written notice in your capacity as a creditor, collection agent, or collection attorney that this consumer debtor, now our client, is in fact and in law REPRESENTED BY AN ATTORNEY. As a result of this notice, and pursuant to Section 1692(b)(6) of Title 15 of the United States Code and Section 1788.14(c) of the California Civil Code, you are to immediately terminate any further direct or indirect contacts with our client. Please note that such prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, email or any other means. This also includes any contact directly or indirectly with any employer, family member, friend, or other creditor of our client.

Second, this letter is intended to dissuade your firm from filing a lawsuit against our client and reducing the amount that is allegedly owed to a judgment. Should you choose to file a lawsuit against our client in this matter, please be advised that I have reviewed with our client the list of California exemptions provided by the Judicial Counsel of California and I have determined that our client owns no property that could be subject to attachment or levy. Furthermore, our client's only source of income is Social Security benefits which are likewise exempt under both state and federal law. Our client is therefore "judgement proof." Should you decide to reduce the amount allegedly owed to a judgment, it will remain uncollectible.

Upon receipt of this letter, any future direct or indirect contacts with our client will result in our

office filing a claim against you under the Federal Fair Debt Collection Act, the California Civil Code, and any other available and applicable state or federal laws. If it becomes necessary to file any and all such claims, then please be advised and take due notice that our client will be seeking actual damages, statutory damages, court costs, and our reasonable attorney fees based on our hourly rate of $ 300.00. You are also hereby placed on notice that if unlawful and illegal conduct persists or is egregious, then our client will also seek an award of punitive damages as may be determined at the discretion of the Court.

Based on the foregoing, any further communications concerning our client and/or the subject debt must be directed to the Consumer Law Center, Inc. Be advised that any request for information will be addressed in a reasonable time period.

Until advised otherwise, you should mark this matter as "disputed." I anticipate your cooperation herein.

Very Truly Yours,

Fred W. Schwinn, Esq.

LAW OFFICES OF

# HARRIS & ZIDE

1445 HUNTINGTON DRIVE, SUITE 300
SOUTH PASADENA, CALIFORNIA 91030
(626) 799-8444

*ROBERT T. HARRIS
*(1929 - 2003)
FLINT C. ZIDE
SUSAN STULLER FRANK
ROBERT LEE

SEPTEMBER 27, 2006

EVELINE H ROSENBERRY,

CONSUMER LAW CENTER
12 S 1ST ST STE 416
SAN JOSE CA 95113-2404

Re: Care Credit Account # 601918031722615
    Total Balance Due:    $1012.28

We represent the owner of the above account. Your account has been referred to us for action to collect the above balance due on your account. We hope that we can get the balance paid without legal action, However, California Code of Civil Procedures section 1033(b)(2) requires us to advise you that in the event of legal action, such legal action could result in a judgment against you that would include the costs and necessary disbursements allowed by law.

Unless you notify us within 30 days after receipt of this letter that the validity of this debt, or any portion of it, is disputed, we will assume that the debt is valid. If you do notify us in writing within the 30 day period that this debt, or any portion of it, is disputed, we will obtain verification of the debt and mail it to you. Upon your written request within the 30 day period, we will provide the name and address of the original creditor if it is different from the current creditor. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. We are debt collectors.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusal circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Please call Ms ALICE GARCIA at (626)799-8444 to discuss this matter.

Sincerely,

FLINT C. ZIDE / ROBERT LEE
Attorney at Law
422310 620

MEMORY TRANSMISSION REPORT

|  |  |
|---|---|
| TIME | : 10-02-'06 10:32 |
| FAX NO.1 | : 408-294-6190 |
| NAME | : Consumer Law Center |

|  |  |
|---|---|
| FILE NO. | : 663 |
| DATE | : 10.02 10:29 |
| TO | : ☎16267998419 |
| DOCUMENT PAGES | : 4 |
| START TIME | : 10.02 10:29 |
| END TIME | : 10.02 10:32 |
| PAGES SENT | : 4 |
| STATUS | : OK |

\*\*\*   SUCCESSFUL TX NOTICE   \*\*\*

Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA 95113-2404
(408) 294-6100
Fax: (408) 294-6190

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 626-799-8419

To: Flint C. Zide
of: Law Office of Harris & Zide
From: Beth Ann Allen
Client/Matter: Eveline Henriette Rosenberry
750 Fairmont Avenue, #3
Mountain View CA 94041-2049
Date: October 2, 2006

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter with attachment | 3 |

COMMENTS:
Original will NOT follow.

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (408) 294-6100.