LAW OFFICE OF
# HARRIS & ZIDE
1445 HUNTINGTON DRIVE, SUITE 300
SOUTH PASADENA, CALIFORNIA 91030
(626) 799-8444

*ROBERT T. HARRIS
(1929 - 2003)
FLINT C. ZIDE
ROBERT LEE
SUSAN STULLER FRANK
DEBT COLLECTION ATTORNEYS

JANUARY 3, 2007

EVELINE H ROSENBERRY
CONSUMER LAW CENTER
12 S 1ST ST STE 416
SAN JOSE CA 95113-2404

Re:  Care Credit Account # 601918031722615
     Total Balance Due:    $1012.28
Legal Assistant Handling Account:  MS. MARIZA MARTINEZ


WE HOPE THAT THIS IS OUR LAST LETTER REGARDING YOUR PAST DUE ACCOUNT.


We have previously called this matter to your attention but to date you have not agreed to a payment arrangement to pay the balance on your account that is satisfactory.


We feel that we have given you enough time to resolve this matter and that no such further extension should be permitted.


Unless we promptly receive your check in this office to clear your account we will proceed with whatever collection activity is necessary to enforce payment of this account.  Such action could very well be filing suit which because of court costs and attorney's fees, where permitted, could increase the cost to you.  We hope that we can resolve this debt without the necessity of any further action.


This letter is an attempt to collect a debt and any information obtained will be used for that purpose.  We are debt collectors.

Sincerely,

FLINT C. ZIDE / ROBERT LEE
ATTORNEY AT LAW

422310
014

EXHIBIT
3

LAW OFFICES OF
**Harris & Zide**
1445 HUNTINGTON DRIVE
SUITE 300
SOUTH PASADENA, CALIFORNIA 91030

ADDRESS CORRECTION REQUESTED

CITY OF INDUSTRY CA 917
PASADENA
03 JAN 2007

$ 00.390
MAILED FROM ZIPCODE 91030

EVELINE H ROSENBERRY
CONSUMER LAW CENTER
12 S 1ST ST STE 416
SAN JOSE CA 95113-2404

Re: Care Credit Account # 601918031722615

95113+2404