1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   EVELINE HENRIETTE ROSENBERRY
6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

10 | EVELINE HENRIETTE ROSENBERRY, | Case No. C07-03984-RMW-HRL |

11 | Plaintiff, |

12 | v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

13 | LAW OFFICE OF HARRIS & ZIDE, a
14 | general partnership, FLINT COREY ZIDE, individually and in his official capacity, and
15 | ROBERT LEE, individually and in his official capacity,
16 | Defendants. |

17

18      COMES NOW the Plaintiff, EVELINE HENRIETTE ROSENBERRY, by and through

19 counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P.

20 41(a)(1), respectfully notifies this Court that Plaintiff, EVELINE HENRIETTE ROSENBERRY,

21 hereby dismisses, with prejudice, all claims made by her against LAW OFFICE OF HARRIS &

22 ZIDE, FLINT COREY ZIDE and ROBERT LEE in her Complaint filed herein on August 2, 2007.

23 Plaintiff further notifies the Court that her dispute with Defendants has been settled.

24
                                    CONSUMER LAW CENTER, INC.
25
                                    By: /s/ Fred W. Schwinn
26                                       Fred W. Schwinn, Esq.
                                         Attorney for Plaintiff
27                                       EVELINE HENRIETTE
                                         ROSENBERRY
28

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE          Case No. C07-03984-RMW-HRL